SO ORDERED.

SIGNED this 09 day of January, 2008.

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                                                      CASE NO.

MICHAEL JOSEPH DUNGAN                                            07-02186-5-ATS
REBECCA ANN PATTON

       DEBTORS

ORDER REGARDING MOTION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY

The matter before the court is the motion filed by Jose Quinones to extend the time to object to dischargeability in the chapter 13 bankruptcy case of Michael Joseph Dungan and Rebecca Ann Patton. A hearing took place in Raleigh, North Carolina on January 8, 2008.

Mr. Quinones, who was not present at the hearing, is listed in the debtors' schedules as an unsecured creditor with a disputed debt in an unknown amount. In his motion, Mr. Quinones requested an extension of 60 days beyond the December 31, 2007 deadline to object to the discharge of this debt, as he anticipates filing an adversary proceeding regarding a matter currently pending in state court. Counsel for the debtors objects to any extension, contending that Mr. Quinones already has the information he needs to file an adversary proceeding, based on the allegations raised in the state court complaint.

The deadline to object to dischargeability is **EXTENDED** to January 22, 2008, with respect to Mr. Quinones.

**SO ORDERED**.

**END OF DOCUMENT**